# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

135424-6 & (26)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BARBARA LYNN SALT, Personal Representative
of the ESTATE OF ALYSHA LYNN SALT,
Deceased,
   Plaintiff-Appellee,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
THE PIXIE, INC., d/b/a BENNIGAN'S,
and MASON JAR PUB & GRUB,
   Defendants,

and

QUALITY DAIRY COMPANY,
   Defendant-Appellant.
_____

SC: 135424
COA: 277391
Ingham CC: 05-000060-NS

JOSEPH BOLANOWSKI, Personal Representative
of the ESTATE OF ROBERT M. BOLANOWSKI,
Deceased, BRENDA J. BOLANOWSKI, and
TERRANCE D. HALL,
   Plaintiffs-Appellees,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
RONALD SHEELE ENTERPRISE, LLC, d/b/a
MASON JAR PUB & GRUB, and THE SWEET
ONION, INC., d/b/a BENNIGAN'S,
   Defendants,

and

QUALITY DAIRY COMPANY,
   Defendant-Appellant.
_____

SC: 135425
COA: 277392
Ingham CC: 05-000161-NI

STEPHEN ANCONA,

        Plaintiff-Appellee,

v

                                                       SC: 135426
                                                       COA: 277393
                                                       Ingham CC: 05-000267-NI

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
RONALD SHEELE ENTERPRISE, LLC, d/b/a
MASON JAR PUB & GRUB, and THE SWEET
ONION, INC., d/b/a BENNIGAN'S,

        Defendants,

and

QUALITY DAIRY COMPANY,

        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the November 2, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motion for miscellaneous relief is GRANTED.

        CAVANAGH and KELLY, JJ., would deny leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

s0528

                                    Clerk